United States District Court
Southern District of Texas
**ENTERED**
August 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO TOVAR-ESPINOSA, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | Civil Action No. 1:16-cv-117 | |
| § | (Criminal No. 1:13-cr-457-1) | |
| UNITED STATES OF AMERICA, § | | |
|     Respondent. § | | |
| § | | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Tovar-Espinosa's § 2255 Motion (Dkt. No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

Signed on this 25th day of August, 2016

Rolando Olvera
United States District Judge